HERBENER v. DEUTSCH. FAURIE v. LAZELLE. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Actions by George Herbener against Adolph Deutsch and Edith Faurie against Harry Lazelle. No opinions. Motions granted, with $10 costs. Orders filed. See, also, 141 App. Div. 931, 126 N. Y. Supp. 1128.

HERMAN et al., Appellants, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Matie Herman and another, as administrators, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion granted, and appeal dismissed, with costs.

In re HEYMANN. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) In the matter of the final accounting of Henry M. Heymann, as committee of the person and estate of John Cooney, a former incompetent. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. For former decision, see 132 N. Y. Supp. 1132.

HICKS, Respondent, v. SERANO, Appellant. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Oliver W. Hicks against John Serano. No opinion. Order of the County Court of Nassau County (133 N. Y. Supp. 1102) affirmed, with $10 costs and disbursements.

HILDERBRANDT v. SEITZ et al. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) Action by Norman R. Hilderbrandt against George Seitz and others. No opinion. Order of the County Court of Queens County affirmed, with $10 costs and disbursements.

HIRSCHBERG, Respondent, v. KRUGER, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Action by Henry Hirschberg against John L. Kruger.

PER CURIAM. We think that the Special Term should have relieved the defendant from his default, which was due to excusable inadvertence, and that the defendant should have a hearing upon the merits as presented by the record. The order is reversed, without costs, and the motion to open the default granted, upon payment of $10 costs and plaintiff's disbursements on account of the entry of judgment and the proceedings thereon. The judgment must stand as security, or in lieu thereof the defendant may file within 10 days a proper bond to secure the plaintiff. The motion for a stay is dismissed, without costs.

THOMAS, J., dissents.

HOFMANN et al., Respondents, v. NESTEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Charles P. Hofmann and John M. Hofmann, as executors, etc., of Barbara Nestel, deceased, against Michael Nestel and others. No opinion. Judgment affirmed, with costs. See, also, 131 N. Y. Supp. 1120.

In re HOGLUND. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) In the matter of the application of Mouritz W. Hoglund. No opinion. Order affirmed, with $10 costs and disbursements.

HOLBROOK, Respondent, v. CALDWELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by Charles I. Holbrook against William H. Caldwell. No opinion. Judgment and order affirmed, with costs.

HOME TRUST CO. OF NEW YORK v. COLLINS et al. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Action by the Home Trust Company of New York against Georgia L. Collins and others. No opinion. Judgment affirmed, with costs. See, also, 132 N. Y. Supp. 1132.

HOPKINS v. SPERRY et al. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Eliza E. Hopkins against Frederick H. Sperry and others. No opinion. Interlocutory judgment affirmed, without costs, with leave to the appellant to plead over within 20 days upon the payment of the costs of the demurrer.

HORN v. FIFTH AVE. COACH CO. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by Chas. D. Horn against the Fifth Avenue Coach Company. No opinion. Motion denied, with $10 costs. Order filed.

HORN v. FIFTH AVE. COACH CO. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by Chas. D. Horn against the Fifth Avenue Coach Company. No opinion. Application dismissed, with $10 costs. Order signed.

HORTON, Respondent, v. PETRILLO, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Action by Caleb J. S. Horton against Carlo Petrillo, Jr. No opinion. Order affirmed, with $10 costs and disbursements.

In re HOURT. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) In the matter of judicial settlement of the accounts of Franciska Hourt, as administratrix,